UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRONE H. MASSEY,

                              Plaintiff,

            -against-

CAPTAIN BOLANOS; CITY OF NEW
YORK; DEPUTY WARDEN SHANNON,

                              Defendants.

20-CV-8592 (LGS)

ORDER OF SERVICE

LORNA G. SCHOFIELD, United States District Judge:

        The Clerk of Court is directed to notify the New York City Department of Correction and

the New York City Law Department of this order. The Court requests that Defendants Captain

Bolanos, Deputy Warden Shannon, and the City of New York waive service of summons.

SO ORDERED.

Dated:   November 6, 2020
         New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE