UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYRONE H. MASSEY,
                               Plaintiff,

                 -against-                          20 Civ. 8592 (LGS)

                                       ORDER
CAPTAIN BOLANOS, et al.,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is **ORDERED** that the April 1, 2021, initial pretrial conference is **adjourned sine die**. The action is referred to Judge Lehrburger for general pretrial. An order of reference will follow separately.

      The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.

Dated: March 18, 2021
       New York, New York

                                                  LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE