USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYRONE H. MASSEY,                                    :
                                                     :        20-CV-8592 (LTS) (RWL)
                          Plaintiff,                 :
                                                     :
        - against -                                  :        **ORDER**
                                                     :
CAPTAIN BOLANOS, et al.,                             :
                                                     :
                          Defendants.                :
                                                     :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On March 16, 2021, Tyrone Massey, the plaintiff in this case and in at least eleven other cases in this District, filed an identical letter in each case addressed to the Chief Judge. Among other things in the letter, Massey indicates that he is struggling with mental health issues and undergoing a court-ordered 730 evaluation. He also claims that a fire incident damaged his law work and seeks an extension of time in all his cases.

Accordingly, by March 30, 2021, defense counsel in at least the two matters under the jurisdiction of this Magistrate Judge – 20-CV-7622 and 20-CV-8592 – shall file a letter response addressing Plaintiff's assertions and implications for the cases going forward.

Additionally, the Clerk of Court is respectfully directed to send to Plaintiff copies of the docket sheet in this case and this order.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 24, 2021
        New York, New York

1

2

Copies transmitted this date to all counsel of record.  The Court respectfully requests that the Clerk of the Court send copies of the docket sheet in this case and this order to the pro se Plaintiff at:

Tyrone H. Massey
8952000522
16-06 Hazen St.
E. Elmhurst, NY 10013