USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYRONE H. MASSEY,

                Plaintiff,

       - against -

CAPTAIN BOLANOS, et al.,

                Defendants.
------------------------------------------------------------X

20-CV-8592 (LTS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Until further order, this case is stayed in light of Plaintiff's correspondence dated March 7, 2021. Defendant's letter dated March 30, 2021 indicated that Plaintiff's 730 evaluation report was due by April 6, 2021. The Court has not received any further update. Accordingly, by May 4, 2021, Defendants shall (1) make reasonable efforts to determine the outcome of the 730 evaluation, and (2) file a letter reporting the results of their inquiry (which should also set forth in which case/court the evaluation was ordered). If the Defendants believe they can determine the outcome of the 730 evaluation only by way of court order, then Defendants shall file a proposed order for that purpose.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: April 20, 2021
       New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests that the Clerk of Court send a copy of this order to the pro se Plaintiff at:

1

Tyrone H. Massey
8952000522
16-06 Hazen St.
E. Elmhurst, NY 10013