USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2021



THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**Mark Toews**
*Assistant Corporation Counsel*
phone: (212) 356-0871
email: mtoews@law.nyc.gov

April 28, 2021

**VIA ECF**
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

      Re:  *Massey v. Bolanos et al.*, No. 20-CV-08592 (LGS) (RWL)

Your Honor:

      I am the attorney in the Office of the Corporation Counsel assigned to represent the City of New York (the "City"), Captain Susanna Bolanos, and Deputy Warden Aisha Shannon (collectively, "Defendants") in the above-referenced matter. Defendants write in response to Your Honor's April 20, 2021 Order, which directs Defendants to make reasonable efforts to determine the outcome of Plaintiff's 730 evaluation and to file a letter reporting the results of that inquiry by May 4, 2021.

      The Law Department recently learned from the Manhattan District Attorney's Office that the evaluation report due on April 6 was adjourned to May 4. Given this delay, Defendants respectfully ask for a two (2) week extension—to May 18, 2021—to determine the outcome of Plaintiff's evaluation and to file a letter reporting the results of this inquiry. This extension will give New York City Health + Hospitals ("H+H") sufficient time to process and release the information to Defendants.

      Moreover, H+H has advised that, since it is not a defendant in the instant action, a court order directing the release of information concerning the 730 evaluation to Defendants is needed. As such, Defendants have enclosed a proposed order for the Court's review and, should it be found acceptable, endorsement.

      Thank you for your consideration of this matter.

Respectfully submitted,

/s/
Mark Toews
*Assistant Corporation Counsel*

Encl.

cc: **by mail**

Tyrone H. Massey
8952000522
16-06 Hazen St.
E. Elmhurt, NY 10013
*Pro se Plaintiff*

Extension granted.

SO ORDERED:
4/29/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE