UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYRONE H. MASSEY,
                            Plaintiff,

             -against-                  20 Civ. 8592 (LGS)

                                            ORDER
CAPTAIN BOLANOS, et al.,
                          Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, pro se Plaintiff filed a Complaint on October 14, 2020 (Dkt. No. 2);

    WHEREAS, Defendants filed an answer on February 1, 2021 (Dkt. No. 13);

    WHEREAS, Defendants filed a motion for judgment on the pleadings on July 15, 2021 (Dkt. No. 38);

    WHEREAS, pro se Plaintiff's deadline to file a response, if any, to Defendants' motion for judgment on the pleadings was September 3, 2021;

    WHEREAS, pro se Plaintiff did not file a response;

    WHEREAS, pro se Plaintiff submitted a First Amended Complaint on September 9, 2021, without seeking leave to amend (Dkt. No. 43);

    WHEREAS, courts in this circuit liberally construe submissions by pro se litigants. *McLeod v. Jewish Guild For The Blind*, 864 F.3d 154, 156-57 (2d Cir. 2017);

    WHEREAS, a party may amend its pleading once as a matter of course within twenty-one days of serving it or where, as here, a responsive pleading has been filed, twenty-one days after service of a responsive pleading.  Fed. R. Civ. P. 15(a)(1).

    WHEREAS, more than twenty-one days have passed since Defendants filed an answer.  It is hereby

**ORDERED** that pro se Plaintiff's submission of a First Amended Complaint is liberally construed as a motion for leave to amend.  It is further

**ORDERED** that by **September 28, 2021**, Defendants shall file a response to pro se Plaintiff's request for leave to amend not to exceed ten pages.  It is further

**ORDERED** that if pro se Plaintiff seeks to respond to Defendants' motion for judgment on the pleadings, pro se Plaintiff shall file a response by **September 30, 2021**.

The Clerk of Court is respectfully directed to mail this Order to pro se Plaintiff.

Dated: September 14, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE