```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

TYRONE H. MASSEY,

                Plaintiff,

  -against-                                            20 **CIVIL** 8592 (LGS)

                                                                 **JUDGMENT**

CAPTAIN SUSANNA BOLANOS, et al.,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 28, 2021, Plaintiff's motion for leave to amend is denied, and Defendants' motion for judgment on the pleadings is granted.

**Dated:** New York, New York

           December 29, 2021

                                                            **RUBY J. KRAJICK**
                                                                **Clerk of Court**
                                  **BY:**
                                                                **Deputy Clerk**